# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

------------------------------------ X

OTG MANAGEMENT PHL LLC;                :

OTG MANAGEMENT PHL B, LLC;             :

LAGUARDIA USA LLC;                     :

LGA AIRPORT RESTAURANTS, L.P.;         :

OTG DCA VENTURE II LLC;                :

OTG JFK T2 VENTURE, LLC;               :

OTG JFK T5 VENTURE, LLC;               :

OTG MANAGEMENT T8 LLC;                 :

OTG MANAGEMENT JFK LLC;                :

OTG MANAGEMENT EWR LLC;                :

OTG MANAGEMENT IAH, LLC;               :

OTG MANAGEMENT MIDWEST LLC;            :

OTG MANAGEMENT YYZ, LLC;               :

OTG MCO VENTURE II LLC;                :

OTG ORD VENTURE LLC;                   :

OTG EXPERIENCE, LLC;                   :

OTG CONCEPTS FRANCHISING, LLC; AND     :

OTG MANAGEMENT LLC;                    :

    Plaintiffs,                        :

v.                                     :

EMPLOYERS INSURANCE COMPANY OF         :
WAUSAU,
                                       :
    Defendant.
------------------------------------ X

## PLAINTIFFS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Under Federal Rule of Civil Procedure 7.1(a), the Plaintiffs state that OTG Management, Inc. is the parent corporation of the Plaintiffs and that no publicly held corporation owns 10% or more of any Plaintiff's stock.

| | |
|---|---|
| Dated: January 27, 2021<br>New York, New York | Respectfully submitted,<br><br>/s/ Kevin V. Small<br>Kevin V. Small (NJ Bar No. 073422013)<br>**HUNTON ANDREWS KURTH LLP**<br>200 Park Ave<br>New York, NY 10166<br>Telephone: (212) 309-1226<br>Fax: (212) 309-1100<br>ksmall@HuntonAK.com<br><br>*Attorney for Plaintiffs* |