

# State of New Jersey
Department of Banking and Insurance
Office of the Commissioner
PO Box 325
Trenton, NJ 08625-0325

Tel (609) 633-7667

Phil Murphy
*Governor*

Sheila Oliver
*Lt. Governor*

Marlene Caride
*Commissioner*

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

1/29/2021

Attention:
CORPORATION SERVICE COMPANY
EMPLOYERS INSURANCE COMPANY OF WAUSAU
PRINCETON SOUTH CORPORATE CENTER
100 CHARLES EWING BLVD., SUITE 160
EWING, NJ 08628

RE: OTG Management PHL LLC, et al. v. Employers Insurance
    Company of Wausau
    United States District Court, District of New Jersey
    Case No. : 2:21-CV-01240-WJM-MF

Dear Sir/Madam:

You are hereby notified that on this date the Commissioner of the New Jersey Department of Banking and Insurance has accepted original service of process on your behalf in the above-captioned matter. The documents served are enclosed herein.

By copy of this letter I am advising the attorney for the Plaintiff(s) in this matter that these documents have been transmitted to you, and confirming that the Commissioner of Banking and Insurance is not authorized to receive service of any further documents in this action.

Very Truly Yours,

*Debra A. Mullen/st*

**Debra A. Mullen**
Administrative Assistant

C: Hunton Andrews Kurth LLP
   ATTN: Kevin V. Small, Esq.
   200 Park Avenue
   New York, NY 10166-0005

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

**OTG MANAGEMENT PHL LLC, ET AL.,**
*Plaintiff*

                        V.            **SUMMONS IN A CIVIL CASE**

**EMPLOYERS INSURANCE COMPANY OF WAUSAU,**
*Defendant*

CASE NUMBER: **2:21−CV−01240−WJM−MF**

TO: *(Name and address of Defendant):*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) −− or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) −− you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff`s attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**s/ WILLIAM T. WALSH**
CLERK



**ISSUED ON 2021−02−01 13:23:44**, Clerk
USDC NJD

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

☐ Name of person with whom the summons and complaint were left:_____

☐ Returned unexecuted:_____
_____
_____

☐ Other (specify) :_____
_____
_____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____       _____
                    Date                          *Signature of Server*

                                    _____
                                    *Address of Server*