**MORGAN, LEWIS & BOCKIUS LLP**
(*A Pennsylvania Limited Liability Partnership*)
Harvey Bartle IV (NJ ID No. 028792003)
502 Carnegie Center
Princeton, NJ 08540
Tel:  609.919.6600
Fax:  609.919.6701
harvey.bartle@morganlewis.com

Sergio Oehninger (*pro hac vice* forthcoming)
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Tel:  202.739.3000
Fax:  202.739.3001
sergio.oehninger@morganlewis.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| OTG MANAGEMENT PHL LLC, et al., | Civil Action No.: 2:21-cv-01240-WJM-MF |
| Plaintiffs, | |
| v. | |
| EMPLOYERS INSURANCE COMPANY OF WAUSAU, | |
| Defendant. | |

**NOTICE OF APPEARANCE**

**TO THE CLERK OF THE COURT:**

Please take notice that Harvey Bartle IV of Morgan, Lewis & Bockius LLP hereby enters his appearance as counsel of record for Plaintiffs, OTG Management PHL LLC, OTG Management PHL B, LLC, LaGuardia USA LLC, LGA Airport Restaurants, L.P., OTG DCA Venture II LLC, OTG JFK T2 Venture, LLC, OTG JFK T5 Venture, LLC, OTG Management T8 LLC, OTG Management JFK LLC, OTG Management EWR LLC, OTG Management IAH,

LLC, OTG Management Midwest LLC, OTG Management YYZ, LLC, OTG MCO Venture II LLC (Series B), OTG ORD Venture LLC, OTG Experience, LLC, OTG Concepts Franchising, LLC, and OTG Management LLC in the above-captioned action.

Dated:  April 21, 2021              Respectfully submitted,

**MORGAN, LEWIS & BOCKIUS LLP**

/s/ Harvey Bartle IV

Harvey Bartle IV (NJ ID No. 028792003)
502 Carnegie Center
Princeton, NJ 08540
Tel:  609.919.6600
Fax:  609.919.6701
harvey.bartle@morganlewis.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I, Harvey Bartle IV, hereby certify that on April 21, 2021, I served the Notice of Appearance of Harvey Bartle IV by filing the same via ECF to distribute to all counsel of record.

Dated: April 21, 2021                                      */s/ Harvey Bartle IV*
                                                                            Harvey Bartle IV