**MORGAN, LEWIS & BOCKIUS LLP**
(*A Pennsylvania Limited Liability Partnership*)
Harvey Bartle IV (NJ ID No. 028792003)
502 Carnegie Center
Princeton, NJ 08540
Tel: 609.919.6600
Fax: 609.919.6701
harvey.bartle@morganlewis.com

Sergio F. Oehninger (admitted *pro hac vice*)
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: 202.739.3000
Fax: 202.739.3001
sergio.oehninger@morganlewis.com

*Attorneys for Plaintiffs*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| OTG MANAGEMENT PHL LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> EMPLOYERS INSURANCE COMPANY OF WAUSAU, <br><br> Defendant. | Civil Action No.: 2:21-cv-01240-WJM-MF |

### REQUEST BY LOCAL COUNSEL FOR
### *PRO HAC VICE* ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the above-captioned mater, and it is represented that:

    1.    An Order of the Court granting an application to appear *pro hac vice* in the within matter has been entered; and

2.	The Admission Fee, in the amount of $150, pursuant to L. Civ. R. 101.1(c)(3), has been paid to the Clerk of Court.

Dated:  May 11, 2021                              Respectfully submitted,

**MORGAN, LEWIS & BOCKIUS LLP**

*/s/ Harvey Bartle IV*
Harvey Bartle IV (NJ ID No. 028792003)
harvey.bartle@morganlewis.com
502 Carnegie Center
Princeton, NJ 08540-6241
Telephone: (609) 919.6600

*Attorneys for Plaintiffs*

<u>*PRO HAC VICE* ATTORNEY INFORMATION</u>:

Name:      Sergio F. Oehninger

Address:   Morgan, Lewis & Bockius LLP
           1111 Pennsylvania Avenue, NW
           Washington, DC 20004

e-mail:    sergio.oehninger@morganlewis.com

## **CERTIFICATE OF SERVICE**

      I, Harvey Bartle IV, hereby certify that on May 11, 2021, I caused a true and correct copy of the foregoing Request by Local Counsel for *Pro Hac Vice* Attorney to Receive Electronic Notification to be served on all counsel of record via CM/ECF.

                                                  */s/ Harvey Bartle IV*
                                                  Harvey Bartle IV