# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **OTG MANAGEMENT PHL LLC,** *et al.*, <br><br> **Plaintiff,** <br><br> v. <br><br> **EMPLOYERS INSURANCE COMPANY OF WAUSAU,** <br><br> **Defendant.** | Civil Action No.: <br> 2:21-cv-01240-WJM-MF <br><br> **ORDER** |

## WILLIAM J. MARTINI, U.S.D.J.:

    **THIS MATTER** comes before the Court on Defendant Employers Insurance Company of Wausau's ("Defendant") motion (the "Motion") to dismiss the Complaint for failure to state a claim upon which relief can be granted pursuant to Federal Rule of Civil Procedure ("FRCP") 12(b)(6), ECF No. 14. For the reasons set forth in the accompanying Opinion, **IT IS** on this 26th day of August 2021, **ORDERED** as follows:

1. Defendant's Motion is **GRANTED**.

2. The Complaint is dismissed in its entirety without prejudice.

 

                                        */s/ William J. Martini* <br>
                                    **WILLIAM J. MARTINI, U.S.D.J.**