**MORGAN, LEWIS & BOCKIUS LLP**
(*A Pennsylvania Limited Liability Partnership*)
Harvey Bartle IV (NJ ID No. 028792003)
502 Carnegie Center
Princeton, NJ 08540
Tel:  609.919.6600
Fax:  609.919.6701
harvey.bartle@morganlewis.com

Sergio Oehninger (admitted *pro hac vice*)
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Tel:  202.739.3000
Fax:  202.739.3001
sergio.oehninger@morganlewis.com

*Attorneys for Plaintiffs*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| OTG MANAGEMENT PHL LLC, *et al.*,<br><br>　　　　　*Plaintiffs*,<br><br>　v.<br><br>EMPLOYERS INSURANCE COMPANY OF WAUSAU,<br><br>　　　　　*Defendant*. | Civil Action No. 2:21-cv-01240-WJM-MF |

### PLAINTIFFS' NOTICE OF APPEAL

Notice is hereby given that Plaintiffs (collectively, "OTG")[1] appeal to the United States Court of Appeals for the Third Circuit from the Court's August 26, 2021 Opinion granting Defendant Employers Insurance Company of Wausau's motion to dismiss, ECF No. 23, and

---

[1] Plaintiffs are OTG Management PHL LLC; OTG Management PHL B, LLC; LaGuardia USA LLC; LGA Airport Restaurants, L.P.; OTG DCA Venture II LLC; OTG JFK T2 Venture, LLC; OTG JFK T5 Venture, LLC; OTG Management T8 LLC; OTG Management JFK LLC; OTG Management EWR LLC; OTG Management IAH, LLC; OTG Management Midwest LLC; OTG Management YYZ, LLC; OTG MCO Venture II LLC; OTG ORD Venture LLC; OTG Experience, LLC; OTG Concepts Franchising, LLC; and OTG Management LLC.

Order dismissing the Complaint, ECF No. 24.  On September 15, 2021, OTG gave notice of its intention to stand on the Complaint and pursue appeal.  ECF No. 25.

Date:  September 24, 2021

Respectfully submitted,

*/s/ Harvey Bartle IV*
Harvey Bartle IV (NJ ID No. 028792003)
MORGAN, LEWIS & BOCKIUS LLP
502 Carnegie Center
Princeton, New Jersey 08540
Tel: 609.919.6600
Fax: 609.919.6701
harvey.bartle@morganlewis.com

Sergio F. Oehninger (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: 202.739.3000
Fax: 202.739.3001
sergio.oehninger@morganlewis.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I, Harvey Bartle IV, hereby certify that on September 24, 2021, I caused a true and correct copy of the foregoing Plaintiffs' Notice of Appeal to be served on all counsel of record via CM/ECF.

                                                       */s/ Harvey Bartle IV*
                                                       Harvey Bartle IV