UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **21-2813**

OTG Management PHL LLC v. Insurance Co. of Wausau
(D.N.J. No. 2-21-cv-01240)

**ORDER**

Appellants have filed a notice of appeal from the district court's August 26, 2021 order dismissing the action without prejudice. On September 15, 2021, Appellants filed a notice of intention to stand on their complaint and asked the district court to dismiss the action with prejudice. The notice and request remain pending.

This appeal is hereby stayed while the district court considers Appellants' notice and request to dismiss the action with prejudice. The parties are directed to file status reports within thirty (30) days of the date of this order and every thirty (30) days thereafter until the district court has considered the notice and request to dismiss the case with prejudice.

A separate order will issue regarding an additional stay of this action while the Court decides the fourteen (14) similar consolidated appeals pending before the Court.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: September 28, 2021

A True Copy:

Patricia S. Dodszuweit, Clerk