UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 21-2813

OTG Management PHL LLC, et al v. Employers Insurance Company of

(U.S. District Court No.: 2-21-cv-01240)

**ORDER**

It is hereby ORDERED that the above matter is dismissed pursuant to Fed. R. App. P. 42(b). A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: March 15, 2024
CJG/cc:   Harvey Bartle IV, Esq.
          Christopher S. Finazzo, Esq.
          Rachel R. Hager, Esq.
          Sergio F. Oehninger, Esq.
          Melissa E. Rhoads

A True Copy:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate